MARGARET AGNEW, an Infant, by Samuel Agnew, her Guardian Ad Litem, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued November 27, 1889; decided December 10, 1889.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 25, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Samuel D. Morris* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.